```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

United States

    v.                                          Case No. 15-cr-150-01-SM

Ryan Williams


O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 15, 2016, for the reasons set forth therein.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    The court accepts the Mr. Williams' guilty plea, and he is hereby adjudged guilty as to Count One of the Superseding Indictment.

SO ORDERED.

                                                                      _____
                                                                      Steven J. McAuliffe
                                                                      United States District Judge

Date: September 6, 2016

cc:    Jennifer C. Davis, AUSA
       Charles J. Keefe, Esq.
       U.S. Marshal's Service
       U.S. Probation Office